IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNEST WHITE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL ASTRUE, | : | |
| Commissioner of Social Security | : | NO. 10-1233 |

**ORDER**

**AND NOW,** this 3rd day of May, 2012, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey and Plaintiff's objections thereto, **IT IS HEREBY ORDERED** that:

1. Plaintiff's objections to the Report and Recommendation (Doc. No. 16) are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**[1];

3. Plaintiff's Motion for Summary Judgment (Doc. No. 6) is **DENIED**;

4. **JUDGMENT IS ENTERED AFFIRMING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY** and against Plaintiff.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.

---

[1] Plaintiff's objections to the Magistrate Judge's Report and Recommendation present no new issues and arguments. The issues and arguments that have been set forth by such objections have been correctly and adequately addressed by the Magistrate Judge's Report and Recommendation which is now approved and adopted.